UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA PICARD, Individually and on
behalf of all others similarly situated

       Plaintiff,

v.                         Case No:  2:15-cv-278-FtM-38CM

DAVID CROWTHER, CFS ROOFING
SERVICES, LLC and CROWTHER
HOLDINGS INC.,

       Defendants.

_____/

## ORDER[1]

    This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #33) filed on February 25, 2016.  Judge Mirando recommends granting the parties' Amended Joint Motion for Approval of Settlement (Doc. #32) and approving the Settlement Agreement (Doc. #32-1) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*  The parties do not object to the Report and Recommendation, and the time to do so has expired.  The Report and Recommendation is now ripe for review.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon considering Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #13).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #33) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The parties' Amended Joint Motion for Approval of Settlement (Doc. #32) is **GRANTED** and the Settlement Agreement (Doc. #32-1) is approved as a fair and reasonable resolution of the parties' FLSA dispute.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record